ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALTER FERNANDO MANTUFAR PALACIOS (A 203 253 494),

Petitioner,

v.

TONYA ANDREWS, ET AL.,

Respondent.

CASE NO. 1:26-CV-07432-DC-SCR

~~[PROPOSED]~~ ORDER EXTENDING THE DEADLINE FOR SUPPLEMENTAL BRIEFING

Good cause appearing, Respondent's motion for extension of time (ECF No. 13) is GRANTED. The new deadline for the parties to file any supplemental briefing is October 29, 2026.

It is so ordered.

DATED: October 27, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE